# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2016 OCT -3 P 2: 08
JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Gary Allen

v.

(Full name of defendant(s))

Munchkin Inc.

Case Number:

**16-C-1316**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Illinois__ and resides at
   (State)

   6930 S. South Shore Dr. # 922, Chicago Illinois 60649
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Munchkin Inc.__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __California_____
(State, if known)

and (if a person) resides at __7835 Gloria Ave, Van Nuys CA. 91406_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Munchkin Inc.

2. Infringed of my intellectual property

3. California

4. Unknown

5. Unknown

Complaint – 2

C. JURISDICTION

[■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

50% of the sells, past, present and future.

Complaint – 4

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __September__ 20_16_.

Respectfully Submitted,

_/Gary Allen/_
Signature of Plaintiff

773-969-4816
Plaintiff's Telephone Number

samantex@aol.com
Plaintiff's Email Address

6930 S. South Shore Dr. # 922

Chicago Illinois 60649
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:16-cv-01316-LA   Filed 10/03/16   Page 4 of 4   Document 1